**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

DAMON JONES, on behalf of himself
others similarly situated,

                    Plaintiff,

                                                    Case **1:23-cv-07616-ER**

 -against-                                 **PROPOSED DEFAULT JUDGMENT**


ERNST LICHT EMBROIDERY AND IMPORTS, INC.,

                    Defendant,

_____


 This action having been commenced on August 28, 2023, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on Defendant, on September 20, 2023, and a proof of service having been filed on September 20, 2023, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is:

> **ORDERED, ADJUDGED AND DECREED:**
>
> a.      A preliminary and permanent injunction to prohibit Defendant from violating the Americans with Disabilities Act, 42 U.S.C. §§ 12182, _et seq.,_ N.Y. Exec. Law § 296, _et seq.,_ N.Y.C. Administrative Code § 8-107, _et seq._, and the laws of New York, is hereby granted as follows:
>
> A preliminary and permanent injunction requiring Defendant to take all the steps necessary to make its Website into full compliance with the

requirements set forth in the ADA, and its implementing regulations, so that

the Website is readily accessible to and usable by blind individuals;

b.	A declaration that Defendant owns, maintains and/or operates its

Website in a manner that discriminates against the blind and which fails to provide

access for persons with disabilities as required by Americans with Disabilities Act,

42 U.S.C. §§ 12182, *et seq.,* N.Y. Exec. Law § 296, *et seq*., N.Y.C. Administrative

Code § 8-107, *et seq*., and the laws of New York;

c.	An order certifying the Class and Sub-Classes under Fed. R. Civ. P.

b)(2) and/or (b)(3), appointing Plaintiff as Class Representative, and her attorneys

as Class Counsel;

d.	Compensatory damages in the amount of $1,000 including all applicable

statutory and punitive damages and fines, to Plaintiff and the proposed class

and subclasses for violations of their civil rights under New York State

Human Rights Law and City Law;

e.	Pre and post-judgment interest;

f.	An award of costs and expenses of this action together with  reasonable

attorneys' and expert fees;

g.	A hearing to be held in the courthouse to determine the specific amount of

damages, civil penalties, and reasonable attorney fees; and

h.	Such other and further relief as this Court may deem just, proper and

equitable.

Dated: New York, New York

_____
Hon. Edgardo Ramos
United States District Judge